COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:      Raquel Paulette Martinez v. The State of Texas

Appellate case number:   01-12-00892-CR

Trial court case number:  11CR1877

Trial court:              212th District Court of Galveston County

Date motion filed:        June 25, 2014

Party filing motion:      Appellant Raquel Paulette Martinez

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Harvey Brown
                    ☒ Acting individually    ☐ Acting for the Court

Panel consists of: Justices Jennings, Sharp, and Brown


Date: October 24, 2014